✓# 3012  # 128695

FILED
2010 JUL 23 PM 3:0●
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: APRIL L. FOSTER                    Case No. 05-72395

        Debtor(s)                    Chapter 7

                                                  Judge MARY ANN WHIPPLE

### TRANSMITTAL OF UNCLAIMED FUNDS

Douglas A. Dymarkowski, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the payees to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

| Check Number | Payee | Amount |
|---|---|---|
| 3009 | University of Toledo<br>Bursar's 1800 Rocket Hall<br>2801 W. Bancroft St.<br>Toledo, OH 43606 | $169.34 |

2. Your trustee's check for $169.34 payable to the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

                                              Respectfully submitted,

Date: July 15, 2010                    /s/Douglas A. Dymarkowski
                                           Douglas A. Dymarkowski, Trustee
                                           5431 Main Street
                                           Sylvania, Ohio 43560
                                           (419) 882-4999